**Order filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00394-CR
NO. 14-14-00396-CR
_____

**ROBERT LUCHES PARISH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause Nos. 1416134 & 1416135**

## ORDER

Appellant is represented by appointed counsel, **Wilford A. Anderson**, in these companion cases. No appellant's brief was filed in these cases when originally due **August 4, 2014**. Counsel filed no response to the court's past due notice. On September 4, 2014, this court abated these appeals and ordered a hearing to determine why no appellant's brief had been filed in these cases. On September 25, 2014, a record of that hearing was filed. At the hearing, appellant's counsel, Wilford Anderson, informed the trial court that he anticipated filing the

brief on or before November 7, 2014. Accordingly, the appeals were reinstated and a new due date for appellant's brief was set for November 7, 2014. No brief was filed, however. On November 10, 2014, this court notified the trial court and appellant's counsel that no brief had been filed. Counsel filed no response.

Pursuant to Texas Rule of Appellate Procedure 38.8(b), we again abated the appeals and directed the trial court to conduct a hearing to determine when the brief would be filed and for consideration of appointment of new counsel in these appeals. The record of the second hearing was filed December 19, 2014. Counsel assured the trial court that he could file the brief by January 5, 2015.

The brief was not filed January 5, 2015. Instead, counsel filed a motion for a further extension of time. Appellant's brief is more than five months overdue. The motion for extension is **DENIED.** Rule 38.8(b)(4) provides: "Based on the trial court's record, the appellate court may act appropriately to ensure that the appellant's rights are protected, including initiating contempt proceedings against appellant's counsel." Tex. R. App. P. 38.8(b)(4).

Accordingly, we issue the following order:

We **ORDER Wilford A. Anderson** to file appellant's brief with the clerk of this court on or before **February 20, 2015**. If Wilford A. Anderson does not timely file the brief as ordered, the court will abate the case and direct the trial court, after proper notice, to conduct an evidentiary hearing and make findings as to whether counsel should be held in contempt of court and if so, recommend punishment for contempt.

PER CURIAM